UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON LEE JONES,<br><br>           Plaintiff,<br><br>      v.<br><br>JEFFREY BEARD, et al.,<br><br>           Defendant. | 1:13-cv-01590 GSA (PC)<br><br>ORDER TO SUBMIT NEW APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On October 3, 2013, Plaintiff filed the Complaint commencing this action, together with an application to proceed in forma pauperis and a certified copy of his prison trust account statement, pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  However, Plaintiff's application was not submitted on the form used by this court.  Plaintiff shall be granted time to submit a new application on the appropriate form.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  Plaintiff is not required to submit another copy of his prison trust account statement.  **No requests for extension will be granted without a showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **October 10, 2013**                               **/s/ Gary S. Austin**
                                                                         UNITED STATES MAGISTRATE JUDGE